**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No.  14-cv-01417-RM-KMT

LUKE KUNSELMAN, and
EMILY KUNSELMAN,

      Plaintiffs,

v.

WELLS FARGO BANK, d/b/a AMERICAS
SERVICING COMPANY and EXPERIAN
INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
and TRANS UNION LLC,

      Defendants.

_____

**ORDER OF DISMISSAL AS TO DEFENDANT
EQUIFAX INFORMATION SERVICES, LLC**
_____

This matter is before the Court on Plaintiffs' Unopposed Motion to Dismiss Defendant Equifax Information Services, LLC with Prejudice (ECF No. 59).  Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

**ORDERED** that Plaintiffs' Motion (ECF No. 59) is hereby **GRANTED**.  Pursuant to Fed. R. Civ. P. 41(a), the Plaintiffs' claims and complaint as against Defendant Equifax Information Services, LLC only are hereby **DISMISSED WITH PREJUDICE**, with each party to bear his, her, or its own costs.  All other Defendants remain in the case; and it is

2

**FURTHER ORDERED** that Defendant Equifax Information Services, LLC's name shall be removed from the caption in all future filings with the Court.

DATED this 19th day of May, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

2