IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-01417-RM-KMT

LUKE KUNSELMAN, and
EMILY KUNSELMAN,

      Plaintiffs,

v.

WELLS FARGO BANK d/b/a AMERICAS
SERVICING COMPANY, and
EXPERIAN INFORMATION SOLUTIONS, INC.

      Defendants.

_____

**ORDER OF DISMISSAL AS TO
DEFENDANT WELLS FARGO BANK d/b/a AMERICAS SERVICING COMPANY**
_____

      This matter is before the Court on Plaintiffs' Unopposed Motion to Dismiss Defendant Wells Fargo Bank with Prejudice ("Motion"). (ECF No. 63.) Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

      **ORDERED** that Plaintiffs' Motion (ECF No. 63) is hereby **GRANTED**. Plaintiffs' claims and complaint as against Defendant Wells Fargo Bank d/b/a Americas Servicing Company only are hereby **DISMISSED WITH PREJUDICE**, with each party to bear his, her, or its own costs. Defendant Experian Information Solutions, Inc. remains in the case; and it is

**FURTHER ORDERED** that Defendant Wells Fargo Bank d/b/a Americas Servicing Company's name shall be removed from the caption in all future filings with the Court.

DATED this 9th day of June, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

2