**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01417-RM-KMT

LUKE KUNSELMAN, and
EMILY KUNSELMAN,

     Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

     Defendant.

---

**ORDER OF DISMISSAL AS TO DEFENDANT
EXPERIAN INFORMATION SERVICES, LLC**

---

This matter is before the Court on Plaintiffs' Unopposed Motion to Dismiss Defendant Experian Information Services Inc. with Prejudice (ECF No. 68). Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

**ORDERED** that Plaintiffs' Motion (ECF No. 68) is hereby **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a), the Plaintiffs' claims and complaint as against Defendant Experian Information Solutions, Inc., are hereby **DISMISSED WITH PREJUDICE**, with each party to bear his, her, or its own costs; and it is

**FURTHER ORDERED** that there being no claims or defendants remaining in this case the Clerk of the Court is directed to close this file.

DATED this 9th day of July, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge